# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 23-CR- 00145- FWS |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Cornell Tyleiz Harvey | ) Conditions of Release) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( )    the appearance of defendant as required; and/or

(B)  (✓)    the safety of any person or the community.

//

//

The court concludes:

A.    (✓)    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

• UNDERLYING ALLEGATIONS: ASSAULT WITH A DEADLY WEAPON, POSSESSION OF A FIREARM, EVADING LAW ENFORCEMENT W/ INJURY

• CRIMINAL HISTORY

(B)    ( )    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: __7/12/24__

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2